IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Applicant,

v.

MICHAEL STAISIL,

                Respondent.

20-MISC-123 (PKC)

*PKC*

[~~PROPOSED~~] ORDER

WHEREAS, the Court issued an Order to Show Cause, Dkt. 3 (the "Order"), directing Respondent Michael Staisil to appear before this Court on March 9, 2020 at 2:00 p.m. to show cause why he should not be ordered to appear for testimony as called for by the investigative subpoena issued by the Securities and Exchange Commission ("SEC") on November 20, 2019 and served on Staisil on December 7, 2019;

WHEREAS, Staisil failed to appear to show cause as ordered;

I.

**THEREFORE IT IS HEREBY ORDERED** that Staisil shall appear for testimony at the SEC's Philadelphia Regional Office, 1617 JFK Blvd., Suite 520, Philadelphia, Pennsylvania on March 26, 2020 at 9:30 a.m., *provided, however, that Mr. Staisil may apply in writing to the Court prior to March 18, 2020 to have the date, location or time of the appearance adjusted.*

II.

**IT IS FURTHER ORDERED** that, in the event that Staisil does not appear for testimony as ordered in Section I:

(a) the SEC will have established a *prima facie* case of civil contempt against Staisil for his failure to comply with this Order directing him to appear for testimony; and

(b) Staisil may be held in civil contempt for failure to comply with this Order without further notice or hearing.

### III.

**IT IS FURTHER ORDERED** that a copy of this Order may be served upon Staisil by transmitting the papers to Staisil or his counsel in this matter on or before ~~March 10, 2020~~ ~~2020~~ by email, facsimile, personal service, any overnight mail delivery service, or any method that would satisfy the requirements for service of process under Federal Rule of Civil Procedure 4.

*PKC*

SO ORDERED

Dated: *March 9*, 2020
New York, NY

*2:20 pm*

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2